ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Deloitte Consulting LLP, Deloitte & Touche<br>  LLP, and Deloitte Financial Advisory<br>  Services LLP | ) ASBCA No. 63413<br>)<br>) |
| | ) |
| Under Contract No. N00178-04-D-4020 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Lindsay M. Paulin, Esq.
                                                    Justin P. Accomando, Esq.
                                                    Edward B. Ferguson, Esq.
                                                    Katherine Rubanka, Esq.
                                                      Gibson, Dunn & Crutcher LLP
                                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                                      DCMA Chief Trial Attorney
                                                    Evan Georgopoulos, Esq.
                                                      Trial Attorney
                                                     Defense Contract Management Agency
                                                      Hanscom Air Force Base, MA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 4, 2025

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63413, Appeal of Deloitte Consulting LLP, Deloitte & Touche LLP, and Deloitte Financial Advisory Services LLP, rendered in conformance with the Board's Charter.

Dated: September 4, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals